**IN THE MATTER OF THE PETITION**     **\***     **IN THE**
**FOR REINSTATEMENT OF**
**RUTH MARGUERITE MARIE SCHAUB**     **\***     **COURT OF APPEALS**
**TO THE BAR OF MARYLAND**

         **\***     **OF MARYLAND**

         **\***     **Misc. Docket AG No. 67**

         **\***     **September Term, 2021**

## ORDER

Upon consideration of the Petition of Ruth Marguerite Marie Shaub for Reinstatement to the Maryland Bar and Bar Counsel's Response to Verified Petition for Reinstatement, filed in the above-captioned case, it is this 28th day of March, 2022,

**ORDERED**, by the Court of Appeals of Maryland, that the Petition be, and the same hereby is, GRANTED; and it is further

**ORDERED,** that Ruth Marguerite Marie Schaub is reinstated as a member of the Bar of Maryland; and it is further

**ORDERED**, that the Clerk of the Court shall replace the name Ruth Marguerite Marie Schaub upon the register of attorneys entitled to practice law in this State and certify that fact to the Trustees of the Client Protection Fund and the Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761(b).

/s/ Shirley M. Watts
Senior Judge

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk